IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CODY R. VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-CV-04065-BCW |
| | ) | |
| PAT DUNKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Epps's Report and Recommendation denying Plaintiff's motion for leave to proceed in forma pauperis (Doc. #3). No objections to the Report and Recommendation were filed. After an independent review of the record, the applicable law, and the Plaintiff's motion to proceed in forma pauperis (Doc. #1), the Court adopts Magistrate Epps's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #3), Plaintiff's motion for leave to proceed in forma pauperis (Doc. #1) is DENIED and the complaint is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED that Magistrate Judge Epps's Report and Recommendation is to be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: July 3, 2024

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT